COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
NORFOLK DIVISION

## GUILTY PLEA TO CRIMINAL INFORMATION

| | |
|---|---|
| Time Set: 11:30 a.m. | Date: May 18, 2017 |
| Started: 11:35am | Presiding Judge: Raymond A. Jackson, USDJ |
| Ended: 12:00 pm | Court Reporter: Janet Collins, OCR |
| | U.S. Attorney: Randy Stover, AUSA |
| | Defense Counsel: Rodolfo Cejas, AFPD |
| | Probation Officer: |
| | Courtroom Deputy: P. Thompson |

Cr. No. 2:17cr76

Defendant: **Ronald E. Barrows**

✓ Came on re: plea to criminal information.
___ Initial Appearance Held.
✓ Waiver of Indictment exec., ent. & filed.
✓ Defendant sworn.
✓ Court fully advised defendant re proceedings and his/~~her~~ rights. Defendant acknowledged he/~~she~~ understood.
✓ Defendant satisfied with services of counsel.
___ Copy of information furnished defendant.
✓ Court explained charge and maximum penalty.
✓ Court inquired re threats or promises.
✓ Court inquired re vol. of plea.
✓ Plea agreement reviewed and filed.
___ Defendant was formally arraigned.
✓ Defendant plead guilty.
✓ Court explained to defendant that by pleading guilty he/~~she~~ waived jury trial.
✓ Plea of guilty accepted by Court.
✓ Court inquired re: plea negotiations.
✓ Court finds defendant guilty.
___ Continued for pre-sentence report.
✓ Court explained to defendant that by pleading guilty he/~~she~~ waived his/~~her~~ right of appeal, pursuant to plea agreement.
✓ Statement of facts exec., ent. & filed in open court.
✓ Disposition set for September 12, 2017 @ 11:30am.
✓ Sentencing Procedures Order exec., ent. & filed in open court.
___ Defendant continued on present bond. Court cautioned re bail jumping.
✓ Defendant remanded to custody of Marshal.
___ Order of Authorization for Transportation of Prisoner exec., ent. & filed.